IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESTER E. PATRICK,

        Plaintiff,                 No. CIV S-03-2571 GEB JFM PS

   vs.

ANTHONY J. PRINCIPI,
Secretary of Department of
Veteran Affairs,

        Defendants.             <u>ORDER</u>

                               /

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On March 29, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 29, 2005, are adopted in full;

2. Defendant's January 10, 2005, motion for summary judgment on the issue of disparate treatment is denied; and

3. Defendant's January 10, 2005, motion for summary judgment on the issue of disparate impact is granted.

Dated:  April 20, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2