IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESTER E. PATRICK,  )
 ) CIV NO. S-03-2571 GEB JFM PS
          Plaintiff,  )
 )
     v.  ) ORDER
 )
ANTHONY J. PRINCIPI,  )
Secretary of Department of  )
Veteran Affairs,  )
 )
          Defendant.  )
_____)

      On April 19, 2005, pro se Plaintiff filed a request for continuation of the final pretrial conference and trial dates for at least six months, since he has contacted an attorney "who is considering taking this case." Defendant opposes the motion, arguing that Plaintiff's request is not supported by good cause and that Defendant would be harmed by the requested delay. Since Plaintiff's request is not supported by a showing of good cause as

/////

/////

/////

1

1  required under Rule 16 of the Federal Rules of Civil Procedure, it
2  is denied.
3  Dated:  April 21, 2005
4
5                                  /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2