```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


LESTER E. PATRICK,              )
                                )   CIV NO. S-03-2571 GEB JFM PS
            Plaintiff,          )
                                )
       v.                       )   RE:  REQUEST FOR COPY OF
                                )        FINAL PRETRIAL ORDER
ANTHONY J. PRINCIPI,            )
Secretary of Department of      )
Veteran Affairs,                )
                                )
            Defendant.          )
_____)
```

On May 9, 2005, Plaintiff, proceeding in pro per, filed a request for an official copy of the Final Pretrial Order. Both the docket and Clerk of the Court's service log reveal that Plaintiff was served by mail on May 5, 2005.

Dated:  May 11, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge