IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER E. PATRICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　　Defendant. | Case No. 2:03-cv-02571-GEB-JFM<br><br>ORDER VACATING APRIL 24, 2006 HEARING ON PLAINTIFF'S MOTION TO DELAY PAYMENT OF BILL OF COSTS |

　　　　The parties having agreed to stay the collection of bill of costs taxed against plaintiff pending appeal pursuant to stipulation filed March 23, 2006, the Court hereby VACATES the April 24, 2006 hearing on plaintiff's motion to delay the payment of bill of costs.

　　　　IT IS SO ORDERED.

Dated: April 19, 2006

```
                            /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge
```

1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on **March 24, 2006**, she served a copy of:

[proposed] ORDER VACATING APRIL 24, 2006 HEARING ON PLAINTIFF'S MOTION TO DELAY PAYMENT OF BILL OF COSTS

by placing said document(s) in postage paid envelope(s) addressed to the persons listed below, which are the last known addressees, and deposited said envelope(s) in the United States mail in Sacramento, California.

ADDRESSEE(S):

LESTER E. PATRICK
9522 Bismark Place
Stockton, CA  95209

　　　　　　　　　　　　　　　　　　　　/s/ Jocelyn M. Trujillo
　　　　　　　　　　　　　　　　　　　(original signature retained by attorney)
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOCELYN M. TRUJILLO
　　　　　　　　　　　　　　　　　　　Legal Assistant